AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-205 (AMN) (MJK) |
| State of New York et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants.

Date: 02/24/2025

/s/ Linda Fang
*Attorney's signature*

Linda Fang
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, NY 10005
*Address*

linda.fang@ag.ny.gov
*E-mail address*

(212) 416-8580
*Telephone number*

*FAX number*