

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L Street NW |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

Cristen C. Handley  
Trial Attorney

Tel: (202) 305-2677  
Fax: (202) 616-8470  
Cristen.Handley@usdoj.gov

**February 24, 2025**

Via ECF Filing

The Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley United States Courthouse
445 Broadway, Room 509
Albany, New York, 12207

    Re:  Notice of Admission Requirements, Dkt. No. 4, *United States v. State of New York et al.*, No. 1:25-cv-205-AMN-MJK (N.D.N.Y.)

To the Chambers of the Honorable Judge Nardacci:

    In accordance with this Court's Notice of Admission Requirements, Dkt. No. 4, I write to advise the Court that my colleague Elisabeth Neylan and I will remain as counsel of record for the United States in the above-captioned matter. Ms. Neylan and I have been formally admitted to this Court. The remaining attorneys in receipt of the Court's Notice—August Flentje, Erez Reuveni, Alexander K. Haas, and Jacqueline Coleman Snead—are supervisory attorneys with the United States Department of Justice and will not be counsel of record in this case.

                    Respectfully,

                    */s/ Cristen C. Handley*
                    Cristen C. Handley
                    Trial Attorney
                    United States Department of Justice, Civil Division
                    Federal Programs Branch

                    *Attorney for the United States*