# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
### (Albany Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J.F. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity.<br><br>        Defendants. | Civil Action No. 1:25-cv-205-AMN-MJK |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I am an attorney with the United States Department of Justice's Civil Division and counsel for the United States in this matter. I certify that on February 14, 2025, a staff member in my office, who is of such age and discretion as to be competent to serve papers, sent by certified mail, return receipt requested, true copies of the following documents:

- Summons in a Civil Action, No. 1:25-cv-205-AMN-MJK;
- Civil Complaint, No. 1:25-cv-205-AMN-MJK; and
- General Order No. 25, U.S. District Court for the Northern District of New York

on:

- Kathy Hochul, Governor of New York
  NYS State Capitol Building
  Albany, NY 12224

- Mark J.F. Schroeder, Commissioner
  New York State Department of Motor Vehicles
  100 S. Mall Arterial
  6 Empire State Plaza
  Albany, NY 12224

I further certify that on February 13, 2025, an attorney with the U.S. Attorney's Office for the Northern District of New York, who is of such age and discretion as to be competent to serve papers, served by hand-delivery true copies of the documents listed above on:

- State of New York and New York Attorney General Letitia A. James
  Managing Attorney's Office
  Empire State Plaza
  100 S. Mall Arterial
  Justice Building, 2nd floor
  Albany, NY 12224

I certify that the foregoing is true and correct. Completed proofs of service and a signed return receipt[1] accompany this certificate.

DATED: March 31, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
AUGUST FLENTJE
Deputy Director
EREZ REUVENI
Assistant Director
Office of Immigration Litigation

ERIC HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director
JACQUELINE COLEMAN SNEAD
Assistant Director
Federal Programs Branch

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY
ELISABETH J. NEYLAN

---

[1] My office did not receive a signed return receipt from Commissioner Schroeder; however, the Commissioner's counsel of record has confirmed his receipt of service.

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-305-2677
Email:  cristen.handley@usdoj.gov

*Attorneys for the United States*

3