UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>            Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kathleen A. Reilly, an attorney with the law firm Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019, hereby enters her appearance as attorney for the following *amici curiae* in the above-captioned matter: Rural and Migrant Ministry Inc., The New York Immigration Coalition, Hispanic Federation, Make the Road New York, and LatinoJustice PRLDEF.

Dated: April 1, 2025

Respectfully Submitted

*/s/ Kathleen A. Reilly*
Kathleen A. Reilly (NDNY Bar No. 303039)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Fax: 212.836.8689
kathleen.reilly@arnoldporter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025                             /s/ Kathleen A. Reilly