UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>               Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

**NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and attached exhibits, *amicus curiae* Rural and Migrant Ministry Inc., The New York Immigration Coalition, Hispanic Federation, Make the Road NY, and LatinoJustice PRLDEF, by their undersigned attorneys, will move this Court, before the Honorable Anne M. Nardacci, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York 12207, at a date and time to be designated by the Court, for leave to file an *amicus* brief in support of Defendants' motion to dismiss the Complaint in this action, pursuant to the United States District Court for the Northern District of New York's Local Rule of Practice 7.2, and for such other and further relief as the Court may deem just and proper.

Dated:    New York, New York
             April 1, 2025

                                            **RURAL AND MIGRANT MINISTRY, INC., NEW YORK IMMIGRANT COALITION,**

**HISPANIC FEDERATION, LATINOJUSTICE PRLDEF AND MAKE THE ROAD NEW YORK**

*By their attorneys,*

By:   */s/ Kathleen A. Reilly*
      Kathleen A. Reilly (NDNY Bar No. 303039)
      Arnold & Porter Kaye Scholer LLP
      250 West 55th Street
      New York, NY 10019-9710
      Telephone: 212.836.8000
      Fax: 212.836.8689
      kathleen.reilly@arnoldporter.com

      Michael J. Sebba (NDNY Bar No. 701344)
      Arnold & Porter Kaye Scholer LLP
      777 South Figueroa Street, 44th Fl.
      Los Angeles, CA 90017-5844
      Telephone: 213.243.4000
      Fax: 213.243.4199
      michael.sebba@arnoldporter.com

      Francisca D. Fajana (NDNY Bar No. 706292)
      LatinoJustice PRLDEF
      475 Riverside Drive, Suite 1901
      New York, NY 10115
      Tel: 212.219.3360
      FFajana@latinojustice.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025                                    */s/ Kathleen A. Reilly*