UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>     Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

### [PROPOSED] ORDER
### GRANTING MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF

Upon review of the motion for leave to file an *amicus* brief, and accompanying exhibits, submitted to this Court pursuant to the United States District Court for the Northern District of New York's Local Rule of Practice 7.2, filed by *amicus curiae* Rural and Migrant Ministry Inc., The New York Immigration Coalition, Hispanic Federation, Make the Road New York, and LatinoJustice PRLDEF (collectively, "*Amici*"), the Court hereby **GRANTS** the application of *Amici* for leave to file an *amicus* brief.

It is hereby ORDERED, that *Amici* should file the *amicus* brief attached as an exhibit to their motion on the docket within two (2) business days.

SO-ORDERED:

DATED: _____

             _____
             United States District Court Judge