UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>                Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

**CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE*<u>HISPANIC FEDERATION</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* Hispanic Federation hereby discloses the following: Hispanic Federation has no parent company and no publicly held corporation owns 10% or more of Hispanic Federation's stock.

Dated: April 1, 2025                                       Respectfully Submitted

                                                                  <u>*/s/ Kathleen A. Reilly*</u>
                                                                  Kathleen A. Reilly (NDNY Bar No. 303039)
                                                                  Arnold & Porter Kaye Scholer LLP
                                                                  250 West 55th Street
                                                                  New York, NY 10019-9710
                                                                  Telephone: 212.836.8000
                                                                  Fax: 212.836.8689
                                                                 kathleen.reilly@arnoldporter.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025                  _/s/ Kathleen A. Reilly_