UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>                Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

**CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE*
MAKE THE ROAD NEW YORK**

      Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* Make the Road New York hereby discloses the following: Make the Road New York has no parent company and no publicly held corporation owns 10% or more of Make the Road New York's stock

| | |
|---|---|
| Dated: April 1, 2025 | Respectfully Submitted<br><br>*/s/ Kathleen A. Reilly*<br>Kathleen A. Reilly (NDNY Bar No. 303039)<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br>Fax: 212.836.8689<br>kathleen.reilly@arnoldporter.com |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025                                         */s/ Kathleen A. Reilly*