UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her official capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity,<br><br>　　　　　　　Defendants. | Civil Action No. 25-cv-205 (AMN) (MJK) |

**CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE*
NEW YORK IMMIGRATION COALITION**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* New York Immigration Coalition hereby discloses the following: New York Immigration Coalition has no parent company and no publicly held corporation owns 10% or more of New York Immigration Coalition's stock.

Dated: April 1, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　*/s/ Kathleen A. Reilly*
　　　　　　　　　　　　　　　　　　　　　Kathleen A. Reilly (NDNY Bar No. 303039)
　　　　　　　　　　　　　　　　　　　　　Arnold & Porter Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-9710
　　　　　　　　　　　　　　　　　　　　　Telephone: 212.836.8000
　　　　　　　　　　　　　　　　　　　　　Fax: 212.836.8689
　　　　　　　　　　　　　　　　　　　　　kathleen.reilly@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025                                              /s/ Kathleen A. Reilly

US 254005256v1