UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(Albany Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J.F. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity.<br><br>          Defendants. | No. 1:25-cv-205-AMN-MJK |

**PLAINTIFF'S NOTICE OF
CROSS-MOTION FOR SUMMARY JUDGMENT**

      Please take notice that Plaintiff United States of America, by and through its undersigned counsel, moves this Court to enter summary judgment in its favor on all of its claims under Federal Rule of Civil Procedure 56 and Local Rule 56.1 for the reasons explained in the attached memorandum of law, which is consolidated with Plaintiff's opposition to Defendants' Motion to Dismiss, ECF No. 10, in accordance with Local Rule 7.1(c).

DATED: April 25, 2025                    Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General
                                                Civil Division

                                                ERIC J. HAMILTON
                                                Deputy Assistant Attorney General

                                                ALEXANDER K. HAAS
                                                Director

                                                JACQUELINE COLEMAN SNEAD

Assistant Director

*/s/Cristen C. Handley*_____
CRISTEN C. HANDLEY (MO Bar # 69114)
ELISABETH J. NEYLAN (NY Bar # 6125736)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: 202-305-2677
Fax: 202-616-8460
E-mail: Cristen.Handley@usdoj.gov

*Attorneys for the United States*