

**Office of the New York State Attorney General**

**Letitia James Attorney General**

July 28, 2025

**By ECF**
Honorable Anne M. Nardacci
United States District Court
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

      Re:    *United States of America v. State of New York et al.*
              No. 25-cv-205 (AMN) (MJK)

Judge Nardacci:

      This office represents defendants in this action. As the Court is aware, on March 25, 2025, defendants filed a motion to dismiss the complaint, which is currently pending before the Court.

      I write to advise the Court of a recent decision issued by the U.S. District Court for the Northern District of Illinois in *United States v. State of Illinois, et al. See* No. 25-cv-1285, 2025 WL 2098688 (N.D. Ill. July 25, 2025). In that case, the United States asserted preemption and intergovernmental immunity claims against the State of Illinois, its subdivisions, and state and local officials, seeking to invalidate state and local laws limiting assistance with federal immigration enforcement. In dismissing the federal government's complaint in its entirety, the *Illinois* district court's decision addressed several legal issues that are also before this Court, including preemption, the proper construction of 8 U.S.C. § 1373, and the intergovernmental immunity doctrine.

      Thank you for your attention and consideration in this matter.

      Respectfully submitted,

      /s/ Linda Fang
      LINDA FANG
      Special Litigation Counsel
      (212) 416-8580
      Linda.Fang@ag.ny.gov