UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(Albany Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity; MARK J.F. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles, in his Official Capacity.<br><br>        Defendants. | No. 1:25-cv-205-AMN-MJK |

## NOTICE OF APPEAL

Please take notice that Plaintiff the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Judgment entered December 23, 2025, ECF No. 33, and all prior orders and opinions merged into that Judgment, including but not limited to the Court's Memorandum Decision and Order, ECF No. 32.

DATED: February 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar # 69114)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: 202-305-2677
Fax: 202-616-8460
E-mail: Cristen.Handley@usdoj.gov

*Attorneys for the United States*