

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L Street NW |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

---

Cristen C. Handley
Trial Attorney

Tel: (202) 305-2677
Fax: (202) 616-8470
Cristen.Handley@usdoj.gov

**March 17, 2026**

Via ECF Filing

The Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley United States Courthouse
445 Broadway
Albany, New York, 12207

Re:   *United States v. State of New York et al.*, No. 1:25-cv-205-AMN-MJK (N.D.N.Y.)

Dear Judge Nardacci:

Pursuant to N.D.N.Y. Local Rule 11.1(b), I write on behalf of Plaintiff the United States of America to request the termination of my appearance from the above-referenced case. My last day with the U.S. Department of Justice is today, March 17, 2026. Please remove me from the docket and terminate the service of documents upon me as counsel for Plaintiff in this action. Department of Justice attorney Jordan Alan Hulseberg has moved for admission to appear in this matter on behalf of Plaintiff, *see* ECF No. 37, and will represent Plaintiff in this matter moving forward.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/Cristen C. Handley*
Cristen C. Handley
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch

*Attorney for the United States*