**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 17, 2026

**By ECF**
Honorable Anne M. Nardacci
United States District Court
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re: *United States of America v. State of New York et al.*
No. 25-cv-205 (AMN) (MJK)

Judge Nardacci:

This office represents defendants the State of New York, and Governor Kathy Hochul, Attorney General Letitia James, and the State Department of Motor Vehicles Commissioner Mark J.F. Schroeder, all of whom are sued in their official capacities in the above-referenced action.

Pursuant to Local Rule 11.1(b), I write to request leave to withdraw as counsel for defendants, on account of my upcoming departure from the Attorney General's Office. Defendants will continue to be represented in this action by this office through Assistant Attorney General William Scott. Defendants are aware of my departure.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Linda Fang
LINDA FANG
Special Litigation Counsel
(212) 416-8580
Linda.Fang@ag.ny.gov